UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GERALD CASMERE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV608-053<br>) |
| CO II DEIDRA EDWARDS; STEVE UPTON; JOHNNY SMITH; JOHN PAUL and; DANE DASHER, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 16 day of Sept., 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA